# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA BRYSON CITY DIVISION

| | |
|---|---|
| MELISSA McHAN, | ) |
| Plaintiff, | ) |
| v | ) |
| CHEROKEE COUNTY, NORTH CAROLINA, et al, | ) CIVIL NO. 2:06-CV-21 |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Karen Marie Patten of the law firm of Karen M. Patten, LLC, to appear as counsel for the plaintiff in this matter filed on August 15, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Karen Marie Patten is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: August 21, 2006

Dennis L. Howell
United States Magistrate Judge

dockets.Justia.com